**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2022 AUG -2 PM 1:36

DEPUTY CLERK _____ mb

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | **3-22CR0296-X** |
| ARMANI MORRIS | |

# INDICTMENT

The Grand Jury charges:

<u>Count One</u>
Engaging in the Business of Dealing in Firearms Without a License
(Violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D))

Beginning on or about March 1, 2021, and continuing through on or about July 7, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Armani Morris**, not being a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

<u>Count Two</u>
Possession of an Unregistered Firearm
(Violation of 26 U.S.C. §§ 5841, 5845, and 5861(d))

On or about July 7, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Armani Morris**, did knowingly possess a firearm, to wit: a machinegun, as defined in 26 U.S.C. § 5845(a)(6) and (b), further described as a Glock conversion device, which was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845 and 5861(d), the penalty for which is found at 26 U.S.C. § 5871.

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872; 28 U.S.C. § 2461(c))

Upon conviction for any offense alleged in in Counts One and Count Two of this indictment and pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the defendant, **Armani Morris**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the offense, and upon conviction for the offense alleged in in Count Two of this indictment and pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), the defendant, **Armani Morris**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the offense. The items to be forfeited include, but are not limited to, the following:

1. a firearm/machinegun, further described as a Glock conversion device;

2. a Glock, model 19, 9mm caliber pistol, bearing serial number BTWT628, and any ammunition seized with the firearm; and

3. a Glock, model 43, 9mm caliber pistol, bearing serial number AFLP629, and any ammunition seized with the firearm.

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
WALT M. JUNKER
Assistant United States Attorney
Texas State Bar No. 24038115
1100 Commerce, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: walt.junker@usdoj.gov

Indictment—Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ARMANI MORRIS

INDICTMENT

18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)
Engaging in the Business of Dealing in Firearms Without a License
(Count 1)

26 U.S.C. §§ 5841, 5845, and 5861(d)
Possession of an Unregistered Firearm
(Count 2)

18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872; 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

_____
DALLAS                                                FOREPERSON

Filed in open court this  2   day of August, 2022.

------------------------------------------------------------

**Defendant in Federal Custody since 7/13/2022.**

------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:22-MJ-697-BH